

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00099-CV

KARIN ELIZABETH SIMS-LOWERY, Appellant

V.

DAMION ANTHONY LOWERY, Appellee

Appeal from the 309th District Court of Harris County.  (Tr. Ct. No. 2011-18283).

**TO THE 309TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 21st day of April 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

After inspecting the record of the court below, the Court holds that it lacks jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 21, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 3, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

